**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HARTFORD UNDERWRITERS INSURANCE COMPANY,** | ) | |
| *Plaintiff,* | ) | Case No. 1:25-cv-08556 |
| v. | ) | |
| **MORFOOT FAMILY EYE CARE LLC** and **KRISTIN YUKNA,** | ) | |
| *Defendants.* | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Hartford Underwriters Insurance Company ("Hartford"), by its attorneys, Michael J. Duffy and Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action without prejudice with each party to bear its own costs and respective attorney's fees.

Submitted this 5th day of November 2025.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**By:** ***/s/ Michael J. O'Malley***
*Attorney for Hartford Underwriters Insurance Company*

Michael J. Duffy (Michael.Duffy@wilsonelser.com)
Michael J. O'Malley (Michael.O'Malley@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
161 N. Clark Street, Suite 4500
Chicago, Illinois 60601
312.704.0550 (Main)